HAROLD L. MILES, Respondent, v. HOME GAS COMPANY, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.